IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 22 MOC WCM

| | | |
|---|---|---|
| NATIONAL CASUALTY COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| NIX FRUIT CO., LLC and | ) | |
| KARYN GURLEY | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 9) filed by Michael P. Johnson. The Motion indicates that Mr. Johnson, a member in good standing of the Bar of this Court, is local counsel for Plaintiff National Casualty Company, and that he seeks the admission of Scott W. McMickle, who the Motion represents as being a member in good standing of the Bar of Georgia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 9) and **ADMITS** Scott W. McMickle to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: April 9, 2020

W. Carleton Metcalf
United States Magistrate Judge