UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| NATIONAL CASUALTY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NIX FRUIT CO., LLC, and KARYN ) | CIVIL ACTION FILE |
| GURLEY, individually and as personal ) | |
| representative of the Estate of Clifton Gurley, ) | NO.: 1:20-cv-22 MOC-WCM |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, **NATIONAL CASUALTY COMPANY**, by and through its counsel of record, and the Defendants, **NIX FRUIT CO., LLC** and **KARYN GURLEY, Individually and as Personal Representative of the Estate of Clifton Gurley**, by and through their counsel of record, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby show that the within action has been settled by and between the parties, and hereby stipulate that the within action is dismissed in its entirety and authorize the Clerk of the Court to record on the docket that the within action has been "Dismissed With Prejudice".

Respectfully submitted,

| | |
|---|---|
| */s/ Michael P. Johnson* | */s/ Paul C. Rathke* |
| MICHAEL P. JOHNSON | *(w/ express permission by Michael P. Johnson)* |
| NC Bar No. 30630 | PAUL C. RATHKE |
| MCMICKLE, KUREY & BRANCH, LLP | Fed. Bar No. 6970 |
| 217 Roswell Street, Suite 200 | THE JOEL BIEBER FIRM, LLC |
| Alpharetta, GA 30009 | 15 S. Main Street, Suite 600 |
| Phone: (678) 824-7808 | Greenville, SC 29601 |
| Fax: (678) 824-7801 | prathke@joelbieber.com |
| Email: mjohnson@mkblawfirm.com | Phone: (864) 370-9300 |
| ***Attorney for Plaintiff*** | Fax: (864) 331-2341 |
| | ***Attorney for Defendant Karyn Gurley*** |

*/s/ Lawrence M. Baker*
*(w/ express permission by Michael P. Johnson)*
LAWRENCE M. BAKER
NC Bar No. 17310
WILLSON JONES CARTER & BAXLEY, P.A.
11440 Carmel Commons Boulevard, Suite 206
Charlotte, NC 28226
(704) 247-9678 (phone)
(704) 544-1719 (fax)
Email: lmbaker@wjlaw.net
**Attorney for Defendant Nix Fruit Co., LLC**

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** upon the following counsel of record via CM/ECF e-filing system, which will send e-mail notification to all counsel:

Paul C. Rathke, Esq.
The Joel Bieber Firm, LLC
15 S. Main Street, Suite 600
Greenville, SC 29601
*Attorney for Defendant*
*Karyn Gurley, Individually and as Personal*
*Representative of the Estate of Clifton Gurley*

Lawrence M. Baker, Esq.
Willson, Jones, Carter & Baxley, PA
11440 Carmel Commons Blvd., Suite 206
Charlotte, NC 28226
*Attorney for Defendant*
*Nix Fruit Co., LLC*

This 16th day of February, 2021.

                                       */s/ Michael P. Johnson*
                                       MICHAEL P. JOHNSON
                                       For the Firm